E-FILED
Tuesday, 12 February, 2008 11:14:43 AM
Clerk, U.S. District Court, ILCD

FEB 1 2 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Dear Mr McCluskey or Clerk of Courts, I was sentenced in your district March 21, 2001. I believe I'm eligible to be resentenced, under the Amended cocaine base guidelines, which congress made retroactive on March 3, 2008. I CANNOT AFFORD AND Attorney And please don't appoint my old Attorney I feel we have a conflict of interest "Andrew McGowan" but whoever I get I will be thankful. I feeled out a financial affidavit its enclosed.

Sincerely

Marcus McKinney 12592-026
P.O Box 1000
Milan Mich 48160

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

U.S. V.S. McKinney 12592-026

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment
How much did you earn per month? $ Never

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE   DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: none
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:   Creditors   Total Debt   Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-06-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Marcus McKinney*