E-FILED
Thursday, 06 March, 2008  10:28:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>MARCUS A. McKINNEY,<br><br>    Defendant. | No. 00cr20057<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW court-appointed counsel for MARCUS A. McKINNEY, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

    1.    Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

    2.    Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was sentenced as a Career Offender. It was the Career Offender guideline and not the crack cocaine guideline which determined the Defendant's guideline range. Accordingly, the amendment does not change the Defendant's guideline range or sentence.

    3.    Because undersigned counsel has concluded that the Defendant is ineligible, counsel requests that he be allowed to withdraw as counsel and that the Defendant's be allowed

to proceed in this matter *pro se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

> Respectfully Submitted,
> MARCUS A. McKINNEY, Defendant
>
> RICHARD H. PARSONS
> Federal Public Defender
>
> BY:    s/ Jonathan E. Hawley
> _____
> JONATHAN E. HAWLEY
> Attorney for Defendant
> First Assistant FPD
> ARDC Reg. No. 6243088
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> Fax: (309) 671-7898
> E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Eugene Miller**.**

> s/ Jonathan E. Hawley
> _____
> JONATHAN E. HAWLEY
> Attorney for Defendant
> First Assistant FPD
> ARDC Reg. No. 6243088
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> Fax: (309) 671-7898
> E-mail: jonathan_hawley@fd.org