E-FILED
Wednesday, 02 April, 2008  04:07:39 PM
Clerk, U.S. District Court, ILCD

RECEIVED
APR 0 2 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

00-20057

Mr McCuskey I hope you're alright. Well sir I am writing A letter in form of a motion to ask first for and extension of time but really to have my case dismissed without ~~pred~~ prejudice so I can come back in the future. If not I'm saying go ahead as you can see my case is unique and I trust that I'll be treated fairly by you. I have completed numerous classes and have had no incidents in over five years. Now youre Honor I had my lawyer have the prosecuter tell you at my sentencing that I will be getting a rule 35 based on all my cooperating you asked him personaly so I had my girl risk her life and make two more buys off known drug dealers after sentencing. I wrote you after wards and got a letter back asking for extension Now its been over seven years and I still havent got anything so I want a motion for that if I lied youre honor its a charge I couldnt afford a lawyer so all I can ask is you make sure I get treated fair you might had gave me lawyer sentence if you didnt think I'll get a shorter sentence when I come back. Well thanks Mr McCuskey I accept what I done and the consequences I just want to be treated fair I did alot for the government.

Marcus McKinney 12592-026